UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


IN RE METOPROLOL SUCCINATE          )          MDL DOCKET NO. 1620
PATENT LITIGATION                              )                    ALL CASES


## ORDER

**IT IS HEREBY ORDERED that** Plaintiffs shall file their motion for summary judgment

on the issue of double patenting by September 2, 2005.   Any response brief shall be filed by

September 29, 2005 and any reply shall be filed by October 10, 2005.

**IT IS FURTHER ORDERED that** the parties shall file their recommendations of: (1) a

date for a hearing of summary judgment arguments; (2) the manner or process by which these

cases can be consolidated for trial and the estimated time frame for that process; and (3) a trial

date and the estimated length of the trial.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 31st day of August, 2005.